# Exhibit "B"

Case No.5:11-cv-1122

Printed: 08/29/2011 11:27:22 AM    By: CHULO - ( HECTOR DAVILA )



**Texas Auto Liquidators**

Contract: p2250
Customer: PROUTY, TIMOTHY DAVID
StockNo: 554017A
Vehicle Info: 2002 BLUE DODGE DAKOTA      VIN: 1B7HL48N02S554017      Mileage: 61872

| Type Of Sale: | Receivable |
|---|---|
| Date Sold: | 8/29/2011 |
| Sales Price: | $18,150.00 |
| Accessories | $0.00 |
| Trd In Amt 1: | $0.00 |
| Trd Payoff 1: | $0.00 |
| Trd In Amt 2: | $0.00 |
| Trd Payoff 2: | $0.00 |
| Warranty: | $0.00 |
| **Fees** | |
| License | $0.00 |
| Inspection | $0.00 |
| <UserDef>: | $0.00 |
| <UserDef>: | $0.00 |
| <UserDef>: | $0.00 |
| Cleric Fee: | $0.00 |
| Title Fee: | $0.00 |
| Sales Tax: | $0.00 |
| VIT Fee: | $0.00 |
| Gross Sale: | $18,150.00 |
| Cash Down: | $1,500.00 |
| Pickups: | $3,000.00 |
| Loan Amt: | $13,650.00 |

Amort Method: PreComp Simple

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS | TOTAL SALE PRICE |
|---|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled | The total cost of your purchase on credit, including your down payment of: $4,500.00 |
| 0.0000 % | $0.00 | $13,650.00 | $13,650.00 | $18,150.00 |

Pmt Frequency: Bi Weekly
Number Of Payments: 65
Days Until 1st Payment: 12
First Payment Due: 09/10/2011

First 64 @ $210.00   09/10/2011
Last  1 @ $210.00   02/22/2014

Credit Life Ins    $0.00         Doc Stamps:      $0.00
A&H Ins:           $0.00         Amount Financed  $13,650.00
Gap/Sgl Ins:       $0.00         Finance Charge   $0.00
                                 Total of Payments $13,650.00

### Pickup Detail

| Pickup | Date | Amount |
|---|---|---|
| 1 | 09/03/2011 | $390.00 |
| 2 | 09/17/2011 | $390.00 |
| 3 | 10/01/2011 | $290.00 |
| 4 | 10/15/2011 | $290.00 |
| 5 | 10/29/2011 | $290.00 |
| 6 | 11/12/2011 | $290.00 |
| 7 | 11/26/2011 | $290.00 |
| 8 | 12/10/2011 | $290.00 |
| 9 | 12/24/2011 | $290.00 |
| 10 | 01/07/2012 | $190.00 |

Buyer Signature: _____    Date: 8-29-2011

CoBuyer Signature: _____    Date: _____

AutoStar Fusion 3.9.2.94 M  * AutoStar Solutions, Inc. * © 1995-2010 All Rights Reserved     Page 1